IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  DISCIPLINE OF ) <br> PETER J. SCANLON, ) <br> ATTORNEY REGISTRATION ) <br> NUMBER 59047, A MEMBER ) <br> OF THE BAR OF THE UNITED STATES ) <br> DISTRICT COURT FOR THE WESTERN ) <br> DISTRICT OF PENNSYLVANIA ) | Misc. No. 2:18-mc-846 |

## ORDER

AND NOW, this 29th day of November, 2021, upon consideration of Attorney Scanlon's Response to Order to Show Cause (ECF No. 46), and upon the Court's verification of Attorney Scanlon's active status, as of this date, on the Disciplinary Board of the Supreme Court of Pennsylvania's publicly available website, https://www.padisciplinaryboard.org/for-the-public/find-attorney/attorney-detail/59047, it is hereby ORDERED that no action will be taken on the Order to Show Cause (ECF No. 44) issued on October 26, 2021.

FOR THE COURT:

*/s/ Mark R. Hornak*

_____
Mark R. Hornak
Chief United States District Judge