**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ADMINISTRATIVELY SUSPENDED ATTORNEYS *BERNARD S. RUBB* #22109 | ) ) Misc. No. 2:18-mc-846 ) |

## ORDER

AND NOW, this 25th day of March, 2022, upon consideration of Attorney Bernard S. Rubb's Response to Order to Show Cause (ECF #62), and upon the Court's verification of Attorney Rubb's active status via the Disciplinary Board of the Supreme Court of Pennsylvania's publicly available website, https://www.padisciplinaryboard.org/for-the-public/find-attorney/attorney-detail/22109, it is hereby ORDERED that no action will be taken as to Attorney Rubb on the Order to Show Cause (ECF #45) issued on November 17, 2021.

*/s/ Mark R. Hornak*
Mark R. Hornak
Chief United States District Judge